FILED
JUL 14 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCIA LURENSKY,

    Plaintiff,

v.

JOSEPH T. KELLIHER, Chairman,
Federal Energy Regulatory Commission,

    Defendant.

Civil Action No. 08 1199

## ORDER

Before the Court is plaintiff's motion for leave to file complaint under seal on the ground that confidential information about medical diagnoses is included therein. Plaintiff does not seek to seal the entire case, nor does she seek to seal the motion under consideration. Upon consideration of plaintiff's motion and complaint, it is hereby

**ORDERED** that the plaintiff's motion is **GRANTED** solely with respect to the complaint and the Clerk shall accept the complaint for filing under seal.

**IT IS SO ORDERED PENDING ANY SUBSEQUENT ORDER OF THE COURT.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: July 14, 2008