## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARCIA A. LURENSKY,**<br>4545 Connecticut Ave. N.W. #1032<br>Washington, D.C.  20008<br>  (202) 441-0338<br><br>**PLAINTIFF**<br><br>v.<br><br>**JOSEPH T. KELLIHER,**<br>Chairman<br>Federal Energy Regulatory Commission<br>888 First Street N.E.<br>Washington, D.C.  20426<br><br>**DEFENDANT** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 08 1199 (HHK)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Marcia A. Lurensky, hereby declare that on the 16th day of July, 2008, I mailed

a summons and copies of the Complaint, Plaintiff's Motion for Leave to File Complaint

Under Seal, and the Order on Plaintiff's Motion, via certified mail return receipt

requested to the Defendant, Joseph T. Kelliher, Chairman, Federal Energy Regulatory

Commission.  Attached hereto is the certified mail green card acknowledging service:

**RECEIVED**

JUL 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marcia A. Lurensky    7/29/03
4545 Connecticut Ave. N.W. #1032
Washington, D.C. 20008
(202) 441-0338