UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARCIA A. LURENSKY,**<br>4545 Connecticut Ave. N.W. #1032<br>Washington, D.C. 20008<br>(202) 441-0338<br><br>**PLAINTIFF**<br>v.<br>**JOSEPH T. KELLIHER,**<br>Chairman<br>Federal Energy Regulatory Commission<br>888 First Street N.E.<br>Washington, D.C. 20426<br><br>**DEFENDANT** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08 1199 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Marcia A. Lurensky, hereby declare that on the 16th day of July, 2008, I mailed a summons and copies of the Complaint, Plaintiff's Motion for Leave to File Complaint Under Seal, and the Order on Plaintiff's Motion, via certified mail return receipt requested to the United States Attorney by mailing to the Civil Process Clerk for the United States Attorney for the District of Columbia. Attached hereto is the certified mail green card acknowledging service:

[Attached certified mail return receipt (PS Form 3811) addressed to: Civil Process Clerk, Office of the U.S. Attorney for the District of Columbia (for Jeffrey A. Taylor, US Atty), 501 3rd St NW, Washington DC 20001; Article Number 7008 0150 0000 4662 6306]

RECEIVED JUL 28 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

_Marcia A. Lurensky_ 7/28/08
Marcia A. Lurensky
4545 Connecticut Ave. N.W. #1032
Washington, D.C. 20008
(202) 441-0338

2