UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCIA A. LURENSKY,<br>4545 Connecticut Ave. N.W. #1032<br>Washington, D.C. 20008<br>(202) 441-0338<br><br>PLAINTIFF<br><br>v.<br><br>JOSEPH T. KELLIHER,<br>Chairman<br>Federal Energy Regulatory Commission<br>888 First Street N.E.<br>Washington, D.C. 20426<br><br>DEFENDANT | Civil Action No. 08 1199 (HHK) |

### AFFIDAVIT OF SERVICE

I, Marcia A. Lurensky, hereby declare that on the 16th day of July, 2008, I mailed a summons and copies of the Complaint, Plaintiff's Motion for Leave to File Complaint Under Seal, and the Order on Plaintiff's Motion, via certified mail return receipt requested to the United States Attorney General. Attached hereto is the certified mail green card acknowledging service:

RECEIVED JUL 2 8 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Mukasey
US Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

7008 0150 0000 4662 6504

2. Article Number
(Transfer from service) 7008 0150 0000 4662 6504

PS Form 3811, February

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

102595-02-M-1540

*Marcia A. Lurensky* 7/28/08
Marcia A. Lurensky
4545 Connecticut Ave. N.W. #1032
Washington, D.C. 20008
(202) 441-0338